UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIM. NO. 05-300  -MAP |
| ) | |
| vs.          ) | VIOLATIONS: |
| ) | |
| ELLIOTT BEALS,              ) | 26 U.S.C. § 7203 - Failure |
| ) | to File Income Tax Return |
| Defendant.   ) | (Counts One through Four) |

The United States Attorney charges that:

**INFORMATION**

**COUNT ONE:**   Title 26, United States Code, Section 7203 - Failure to File 1998 U.S. Individual Income Tax Return

On or about April 15, 1999, in the District of Massachusetts,

**ELLIOTT BEALS,**

defendant herein, who was a resident of the District of Massachusetts, had received gross income in the amount of at least approximately $141,678.00 during the calendar year 1998; had a legal requirement by reason of said gross income to make an income tax return to the Director, Internal Revenue Service Center, at Andover, Massachusetts in the District of Massachusetts, stating specifically the items of his gross income and any deductions and credits to which he was entitled; and that well-knowing and believing all of the foregoing, he did willfully

1

fail to make an income tax return to said Director of the Internal Revenue Service Center.

All in violation of Title 26, United States Code, Section 7203.

**COUNT TWO:**   Title 26, United States Code, Section 7203 - Failure to File 1999 U.S. Individual Income Tax Return

On or about April 15, 2000, in the District of Massachusetts,

**ELLIOTT BEALS,**

defendant herein, who was a resident of the District of Massachusetts, had received gross income in the amount of at least approximately $382,699.02 during the calendar year 1999; had a legal requirement by reason of said gross income to make an income tax return to the Director, Internal Revenue Service Center, at Andover, Massachusetts in the District of Massachusetts, stating specifically the items of his gross income and any deductions and credits to which he was entitled; and that well-knowing and believing all of the foregoing, he did willfully fail to make an income tax return to said Director of the Internal Revenue Service Center.

All in violation of Title 26, United States Code, Section 7203.

**COUNT THREE:**    **Title 26, United States Code, Section 7203 - Failure to File 2000 U.S. Individual Income Tax Return**

On or about April 15, 2001, in the District of Massachusetts,

**ELLIOTT BEALS,**

defendant herein, who was a resident of the District of Massachusetts, had received gross income in the amount of at least approximately $100,668.76 during the calendar year 2000; had a legal requirement by reason of said gross income to make an income tax return to the Director, Internal Revenue Service Center, at Andover, Massachusetts in the District of Massachusetts, stating specifically the items of his gross income and any deductions and credits to which he was entitled; and that well-knowing and believing all of the foregoing, he did willfully fail to make an income tax return to said Director of the Internal Revenue Service Center.

All in violation of Title 26, United States Code, Section 7203.

4

**COUNT FOUR**:   Title 26, United States Code, Section 7203 - Failure to File 2001 U.S. Individual Income Tax Return

On or about April 15, 2002, in the District of Massachusetts,

**ELLIOTT BEALS**,

defendant herein, who was a resident of the District of Massachusetts, had received gross income in the amount of at least approximately $14,150.00 during the calendar year 2001; had a legal requirement by reason of said gross income to make an income tax return to the Director, Internal Revenue Service Center, at Andover, Massachusetts in the District of Massachusetts, stating specifically the items of his gross income and any deductions and credits to which he was entitled; and that well-knowing and believing all of the foregoing, he did willfully fail to make an income tax return to said Director of the Internal Revenue Service Center.

All in violation of Title 26, United States Code, Section 7203.

Filed this \_\_9th\_\_ day of February, 2005.

                                MICHAEL J. SULLIVAN
                                United States Attorney

                                /s/ William M. Welch II
                                _____
                                WILLIAM M. WELCH II
                                Assistant United States Attorney

6