AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

DISTRICT OF **MASSACHUSETTS**

UNITED STATES OF AMERICA

V.

ELLIOTT BEALS

**NOTICE**

CASE NUMBER: 05-30006

| TYPE OF CASE: | | |
|---|---|---|
| | ☐ CIVIL | ☒ CRIMINAL |

x☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| U.S. District Court<br>1550 Main Street<br>Springfield, MA | Courtroom 1 before Michael A. |
| | DATE AND TIME |
| | 3/8/05 AT 2:00 P.M. |

TYPE OF PROCEEDING

PLEA TO INFORMATION    DEFENDANT TO CONTACT PRETRIAL SERVICES IMMEDIATELY TO ARRANGE FOR AN INTERVIEW PRIOR TO APPEARANCE IN COURT

PRETRIAL SERVICES   785-0251

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

WILLIAM RUANE, ACTING CLERK OF
U.S. MAGISTRATE JUDGE OR CLERK OF

February 18, 2005
DATE

*Elizabeth L. French*
(BY) DEPUTY CLERK

TO:   AUSA
      PROBATION
      PRETRIAL
      JOHN PUCCI, ESQ