AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA
V.

**WAIVER OF INDICTMENT**

CASE NUMBER: _05 30006_

I, _Elliott Beals_, the above named defendant, who is accused of

_failing to file income tax returns, 1998-2001,_

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _March 15, 2005_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _Michael A. Ponsor_  USMJ
Judicial Officer

3-15-05