```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA,    )   CRIM. NO. 05-30006-MAP
                             )
          vs.                )
                             )
ELLIOTT BEALS,               )
                             )
               Defendant.    )
```

## MOTION TO SET SENTENCING DATE

The United States of America, by and through Michael J. Sullivan, United States Attorney for the District of Massachusetts, and William M. Welch II, Assistant United States Attorney, hereby files this motion requesting that the court set a sentencing date for the defendant.

Filed this 1st day of September, 2006.

                                                 Respectfully submitted,

                                                 MICHAEL J. SULLIVAN
                                                 United States Attorney


                                                 /s/ William M. Welch II
                                                 WILLIAM M. WELCH II
                                                 Assistant United States Attorney

<u>CERTIFICATE OF SERVICE</u>

Hampden,  ss.                           Springfield, Massachusetts
                                        September 1, 2006


    I, William M. Welch, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing by mailing said motion to:

John Pucci, Esq.
64 Gothic Street
Suite 4
Springfield, MA  01060


                                                                /s/ William M. Welch II
                                                            WILLIAM M. WELCH II
                                                            Assistant United States Attorney