✎AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF     MASSACHUSETTS

United States of America

      v.

Elliott Beals

**APPEARANCE**

Case Number:    05CR300006

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for    United States of America

I certify that I am admitted to practice in this court.

9\21\06
Date

Signature

PAUL H. SMYTH        634600
Print Name                                    Bar Number

U.S. Attorney's Office, 1550 Main Street, #310
Address

Springfield        MA    01103
City                        State                Zip Code

413-785-0235        413-785-0394
Phone Number                          Fax Number