UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　Plaintiff,　　) <br>　　　　　　　　　　　　　) <br>　　　v.　　　　　　　　　) <br>　　　　　　　　　　　　　) <br>ELLIOTT BEALS,　　　　　) <br>　　　　　　Defendant.　　) | 3:05CR30006-001-MAP |

**SATISFACTION OF JUDGMENT**

　　Now comes the plaintiff, the United States of America, and acknowledges satisfaction of the assessment, fine and/or restitution Judgment as to the defendant in the above-captioned matter, Elliott Beals, by payment in full.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　UNITED STATES OF AMERICA
　　　　　　　　　　　　　　　　　　　　By its attorneys

　　　　　　　　　　　　　　　　　　　　MICHAEL J. SULLIVAN
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　By:　 /s/   Christopher R. Donato
　　　　　　　　　　　　　　　　　　　　CHRISTOPHER R. DONATO
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　1 Courthouse Way, Suite 9200
　　　　　　　　　　　　　　　　　　　　Boston, MA 02210
　　　　　　　　　　　　　　　　　　　　(617) 748-3303

Dated: July 9, 2008

**CERTIFICATE OF SERVICE**

Suffolk, s.s.　　　　　　　　　　　　　　　　　　　　　　　　　　　　Boston, MA

　　I hereby certify that on this date a copy of this document was filed through the ECF system and sent to Elliott Beals, located in Chicopee, MA electronically to any registered participants and/or a paper copy was sent by mail to those indicated as non-registered participants.

　　　　　　　　　　　　　　　　　　　　  /s/   Christopher R. Donato
　　　　　　　　　　　　　　　　　　　　CHRISTOPHER R. DONATO
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney